MACKELL et al., Respondents, v. HILTON, Appellant. (Supreme Court, Appellate Term. December 28, 1896.) Action by Bernard Mackell and others against Henry G. Hilton. Rollin Tracy, for appellant. Coffin & Smith, for respondents. No opinion. Judgment affirmed. See 44 N. Y. Supp. 155.

McKESSON et al., Respondents, v. CORBIN et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 10, 1897.) Action by John McKesson, Jr., and others against Albert Corbin and others. No opinion. Order affirmed, with $10 costs and disbursements.

MacMAHON, Respondent, v. BROOKLYN & N. Y. FERRY CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 18, 1897.) Action by Katie J. MacMahon, administratrix, etc., of John Joseph MacMahon, deceased, against the Brooklyn & New York Ferry Company. No opinion. Motion for reargument denied. See 41 N. Y. Supp. 1026, 1123.

McNAMARA, Respondent, v. THIRD AVE. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 21, 1897.) Action by Ellen McNamara against the Third Avenue Railroad Company. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulates to reduce the recovery to the sum of $1,000 and extra allowance proportionately, and, in case of such stipulation, the judgment as reduced is unanimously affirmed, without costs.

MAHONEY et al., Appellants, v. ROCHESTER CLOTHING CO., Respondent. (Supreme Court, Appellate Division, Third Department. December 7, 1897.) Action by Jeremiah C. Mahoney and others against the Rochester Clothing Company. No opinion. Order affirmed, with $10 costs and disbursements.

MARGULIES et al., Respondents, v. DAMROSCH, Appellant. (Supreme Court, Appellate Division, First Department. December 31, 1897.) Action by Leon Margulies and others against Walter Damrosch. J. Lehmann, for appellant. L. Hicks, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

MATHEWS, Appellant, v. MATHEWS et al., Defendants (WALBRIDGE et al., Respondents). (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by Mary Mathews against Hugh Mathews, Charles E Walbridge, Harry Walbridge, and William W. Lawrence, the Lockwood-Taylor Hardware Company, and Hobart Weed and James Smith, junior judgment creditors. No opinion. Order reversed, with $10 cost and disbursements, and motion denied, with $10 costs.

MAYER, Respondent, v. LEIBMANN et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 18, 1897.) Action by Joseph Mayer against Joseph Leibmann and others. No opinion. Motion for reargument or leave to appeal to the court of appeals denied. See 44 N. Y. Supp. 1067.

MAYOR, ETC., OF CITY OF NEW YORK v. GORMAN. (Supreme Court, Appellate Division, First Department. December 10, 1897.) Action by the mayor, aldermen, and commonalty of city of New York against Amelia Gorman, executrix, etc. No opinion. Appeal dismissed.

MERCHANTS' NAT. BANK v. COLUMBIA SPINNING CO. (Supreme Court, Appellate Division, First Department. November 12, 1897.) Action by the Merchants' National Bank against the Columbia Spinning Company. No opinion. Motion denied. See 47 N. Y. Supp. 442.

MERRITT et al., v. MERRITT. (Supreme Court, Appellate Division, First Department. December 17, 1897.) Action by Helen S. Merritt and another against John Merritt, as executor. No opinion. Motion denied, upon payment of $10 costs, in order that appellant may have an opportunity to move in court below to open default.

MESSENGER, Appellant, v. VILLAGE OF MECHANICSVILLE et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 10, 1897.) Action by Helen J. Messenger, as administratrix, etc., against the village of Mechanicsville and others. No opinion. Judgment affirmed, with costs.

MEYER v. MAYOR, ETC., OF CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. December 17, 1897.) Action by Julius Meyer against the mayor, etc., of city of New York. No opinion. Motion granted, with $10 costs.

MOLLER v. MARSH et al. (Supreme Court, Appellate Division, Second Department. November 30, 1897.) In the matter of the application of Emma L. Moller against Isaac M. Marsh and others, commissioners. No opinion. Application granted. See 47 N. Y. Supp. 395.

MOONEY, Respondent, v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by William E. Mooney against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

MOORE v. MAYOR, ETC., OF CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. December 17, 1891.) Action by Joseph Moore against the mayor, etc., of city of New York. No opinion. Motion granted, with $10 costs.